JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>    Plaintiff,<br><br>  v.<br><br>WEI LING XIE, <u>et</u> <u>al.</u>,<br><br>    Defendants. | NO. CV 17-0931 FMO (GJSx)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

  Having been advised by counsel that the above-entitled action has been settled, IT IS ORDERED that:

  1. All pending motions are **denied without prejudice**, and the hearing on plaintiff's motion for default judgment, currently set for June 29, 2017, is hereby **vacated**.

  2. The above-captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 29th day of June, 2017.

                     /s/
                   Fernando M. Olguin
                  United States District Judge